UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.5:09-CR-316-1-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHADARRYL TURNER, | ) | |
| Defendant. | ) | |

This matter is before the court on motion by defendant Shadarryl Turner [DE-183] seeking an order reducing or suspending his obligation to pay restitution until he is released. Turner states that he wishes to save his modest inmate earnings toward his education. He also suggests that the court impermissibly delegated its authority to the Bureau of Prisons by permitting collection of restitution payments under the federal Inmate Financial Responsibility Program ("IFRP").

Turner's complaint is a common one, but does not entitle him to relief. Furthermore, the court did set the amount and timing of Turner's monetary obligations by ordering payment due immediately, and participation in the IFRP does not violate United States v. Miller, 77 F.3d 71, 77-78 (4th Cir. 1996). See, e.g., United States v. Caudle, 261 Fed. App'x 501, 503-04 (4th Cir. 2008). Accordingly, Turner's motion for modification [DE-183] of judgment concerning his payment of restitution is DENIED.

SO ORDERED.

This, the __16__ day of October, 2012.

James C. Fox
Senior United States District Judge